UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV,<br><br>      Plaintiff,<br><br>v.<br><br>RBM TECHNOLOGIES, INC.,<br><br>      Defendant. | Civil Action No. 04CV10062GAO<br><br>**PLAINTIFF'S ASSENTED-TO MOTION TO CONTINUE THE COURT'S SCHEDULING CONFERENCE** |

    The Plaintiff, Albert Lash ("Lash"), hereby submits his motion to continue the Court's scheduling conference, presently scheduled for April 4, 2005, at 2 pm. As grounds for this Motion, Lash states that his counsel did not learn of the Court's scheduling of the conference by electronic notice until April 1, 2005. As such, the parties have not conferred and are not prepared to proceed with the Court's scheduling conference as noticed.

    Pursuant to Local Rule 7.1(A)(2), counsel for Lash consulted with Defendant's counsel regarding this Motion. Defendant's counsel has assented to this Motion.

WHEREFORE, Lash respectfully requests the Court to allow this motion to continue the Court's scheduling conference to a future date convenient to the Court.

Respectfully Submitted,

ALBERT L. LASH, IV
By his Attorneys,

*/s/ David Fanikos*

David Fanikos, Esq., BBO No. 564303
DEMEO & ASSOCIATES, P.C.
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

GRIMES & BATTERSBY, LLP
Charles W. Grimes, Esq.
Jessica L. Elliott, Esq.
488 Main Avenue
Norwalk, CT 06851
(203) 849-8300

Assented to,

RBM TECHNOLOGIES, INC.
By its Attorneys,

*/s/ George A. McLaughlin, III*

George A. McLaughlin, III
BBO No. 544822
THE MCLAUGHLIN BROTHERS, P.C.
One Beacon Street, 17th Fl.
Boston, MA 02108
(617) 523-7165

Dated: April 1, 2005

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND BY FEDERAL EXPRESS, BY TELECOPIER).

1/April/05
Date