UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                             )
ALBERT L. LASH, IV,                  )
                                             )     Civil Action No.  04CV10063GAO
        Plaintiff,              )
                                             )
v.                                       )
                                             )
RBM TECHNOLOGIES, INC.,     )
                                             )
        Defendant.            )
                                             )
_____)

**NOTICE OF APPEARANCE OF CHRISTOPHER M. WATERMAN**

       NOW COMES Christopher M. Waterman, of Demeo & Associates, P.C., who by this Notice formally enters his appearance on behalf of the Plaintiff Albert L. Lash, IV.  The office and relevant contact information is set forth below.

                                                     Respectfully Submitted,

                                                     ALBERT L. LASH, IV
                                                   By his Attorneys,

                                                   _/s/ Christopher M. Waterman_____
                                                 David Fanikos, Esq., BBO# 564303
                                                 Christopher M. Waterman, BBO# 641190
                                                 DEMEO & ASSOCIATES, P.C.
                                                 One Lewis Wharf
                                                 Boston, MA  02110
                                                 (617) 263-2600

                                                 GRIMES & BATTERSBY, LLP
                                                 Charles W. Grimes, Esq.
                                                 488 Main Avenue
                                                 Norwalk, CT  06851
                                                 (203) 849-8300

Dated: November 7, 2005