UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALBERT L. LASH, IV, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RBM TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-10063 GAO |

**LOCAL RULE 16.1(D) JOINT STATEMENT**

Pursuant to Local Rule 16.1(D), the parties submit their Joint Statement and state as follows:

**I.   Pretrial Schedule and Plan for Discovery and for Filing Motions**

After conferral by the parties' counsel pursuant to Local Rule 16.1(B), the parties take the following positions regarding the plan for discovery and filing of motions:

**A.  PLAINTIFF:**

| Event | Date |
|---|---|
| Initial disclosures and document exchange | January 16, 2006 |
| Fed. R. Civ. P. 12, 15, 19, and 20 Motions | February 1, 2006 |
| Discovery Motions | As Necessary |
| Document Requests propounded | March 20, 2006 |
| Interrogatories propounded | March 20, 2006 |
| Requests for Admissions propounded | March 20, 2006 |
| Depositions noticed | March 20, 2006 |

| Event | Date |
|---|---|
| Plaintiff's expert reports, if any, as required by Fed. R. Civ. P. 26(a)(2) | February 13, 2006 |
| Defendant's expert reports, if any, as required by Fed. R. Civ. P. 26(a)(2) | March 1, 2006 |
| Depositions of experts | March 27, 2006 |
| Fed. R. Civ. P. 56 Motions | April 15, 2006 |
| Pretrial Conference | May 15, 2006 |
| Trial | June 1, 2006 |

**B. DEFENDANT**

All action in this case including discovery and motions should be stayed pending completion of in RBM Technologies, Inc. v. Albert L. Lash, IV Civil Action 04-0047 in Middlesex Superior Court, Cambridge, Massachusetts (the "State Case") for the reasons set out in Defendant's Motion to Stay Proceedings. The State case, which includes counterclaims identical to all claims in this case is substantially underway. The parties have extensively exchanged discovery, engaged in discovery motion practice and agreed upon a discovery master in the State Case.

If this Court decides not to stay the proceedings, the defendant respectfully requests the Court to enter a scheduling order in this case that allows the parties to complete their progress in the State Case without interruption. The State case is subject to a Scheduling Order as follows:

(1) All discovery request and depositions completed: January 20, 2006;

(2) All Motions under MRCP 56 served: May 1, 2006

(3) Final pre-trial conference held and firm trial date set: June 22, 2006.

2

The parties have conducted no discovery and engaged in no activity other than preparatory to the Scheduling conference in this case. A trial date should not be set in this case that precedes the pre-trial conference and trial in the State Case. Defendant requests the following schedule:

| Event | Date |
| --- | --- |
| Initial disclosures and document exchange | June 30, 2006 |
| Fed. R. Civ. P. 12, 15, 19, and 20 Motions | August 1, 2006 |
| Discovery Motions | As Necessary |
| Document Requests propounded | August 30, 2006 |
| Interrogatories propounded | August 30, 2006 |
| Requests for Admissions propounded | August 30, 2006 |
| Depositions noticed | August 30, 2006 |
| Plaintiff's expert reports, if any, as required by Fed. R. Civ. P. 26(a)(2) | September 15, 2006 |
| Defendant's expert reports, if any, as required by Fed. R. Civ. P. 26(a)(2) | September 30, 2006 |
| Depositions of experts | October 30, 2006 |
| Fed. R. Civ. P. 56 Motions | November 30, 2006 |
| Pretrial Conference | December 15, 2006 |
| Trial | January 31, 2007 |

**II.    Certifications**

The parties will file their Local Rule 16.1(D)(3) Certifications under separate cover.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **ALBERT L. LASH, IV** | **RBM TECHNOLOGIES, INC.** |
| By his attorneys, | By it's attorneys, |

/s/ Christopher M. Waterman_____          /s/ George A. McLaughlin, III_____
David Fanikos, Esq., BBO # 564303          George A. McLaughlin, III, Esq.
Christopher M. Waterman, BBO# 641190
Demeo & Associates, P.C.                   BBO # 544822
227 Lewis Wharf                            The McLaughlin Brothers, P.C.
Boston, MA 02110                           One Beacon Street, 17th Floor
(617) 263-2300                             Boston, MA 02108
                                           (617) 523-7165

Charles W. Grimes, Esq.
Grimes & Battersby, LLP
488 Main Avenue, Third Floor
Norwalk, CT 06851

Dated: November 7, 2005

H:\RBM Technologies\PLEADINGS\Local Rule 16 1 Joint Statement.doc