UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RBM TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04CV10063GAO<br><br>**ASSENTED-TO MOTION**<br>**FOR ADMISSION**<br>**<u>PRO HAC VICE</u>** |

   The Plaintiff, Albert Lash ("Lash"), by his undersigned counsel and pursuant to Local Rule 83.5.3, hereby moves this Court to admit *pro hac vice* Michael R. Patrick of Grimes & Battersby, LLP, 488 Main Avenue, Norwalk, Connecticut.  In support of this motion, Lash states as follows:

   1.  The undersigned counsel, Christopher M. Waterman, is a member of the bar of this Court in good standing.

   2.  The undersigned counsel has entered his appearance in this matter on behalf of Lash.

   3.  In accordance with Local Rule 83.5.3, the certificates of each applicant for admission are attached hereto and incorporated herein by reference.

   4.  On November 7, 2005, pursuant to Local Rule 7.1(A)(2), counsel for Lash consulted with Defendant's counsel regarding this Motion.  Defendant's counsel assented-to this Motion.

WHEREFORE, Lash respectfully requests the Court to allow this motion to admit *pro hac vice* Michael R. Patrick.

Respectfully Submitted,

ALBERT L. LASH, IV
By his Attorneys,


 /s/ Christopher M. Waterman
David Fanikos, Esq., BBO# 564303
Christopher M. Waterman, BBO# 641190
DEMEO & ASSOCIATES, P.C.
One Lewis Wharf
Boston, MA  02110
(617) 263-2600

GRIMES & BATTERSBY, LLP
Charles W. Grimes, Esq.
Michael R. Patrick, Esq.
488 Main Avenue
Norwalk, CT  06851
(203) 849-8300


Assented to,

RBM TECHNOLOGIES, INC.
By its Attorneys,


 /s/ George A. McLaughlin, III
George A. McLaughlin, III
BBO No. 544822
THE MCLAUGHLIN BROTHERS, P.C.
One Beacon Street, 17th Fl.
Boston, MA  02108
(617) 523-7165


Dated: November 8, 2005