UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RBM TECHNOLOGIES, INC.,<br>　　　　Defendant. | Civil Action No. 04CV10062GAO<br><br>**CERTIFICATE OF GOOD STANDING OF MICHAEL R. PATRICK, ESQUIRE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Michael R. Patrick, Esquire, upon personal knowledge state as follows:

1. I submit this certificate in support of a request for admission *pro hac vice* in this matter.

2. I am a member of the law firm of Grimes & Battersby, LLP, 488 Main Street, Norwalk, Connecticut, 06851.

3. I was admitted to practice law in the states of New York and Connecticut; the United States District Court for the District of Connecticut.

4. I am a member of the Bar in good standing in every district where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

Signed under the pains and penalties of perjury this 4th day of November, 2005.

_____
Michael R. Patrick, Esquire