UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT L. LASH, IV,

                    Plaintiff,

v.                                                    CIVIL ACTION NO. 04CV10063 GAO

RBM TECHNOLOGIES, INC.,

                    Defendant.

## DEFENDANT'S MOTION TO STAY PROCEEDINGS

Now Comes defendant, RBM Technologies, Inc. ("RBM") and respectfully

moves this Honorable Court to stay all proceedings in this action (the "Federal Case")

pending completion of the proceedings in RBM Technologies, Inc. v. Albert L. Lash, IV

Civil Action 04-0047 in Middlesex Superior Court, Cambridge, Massachusetts (the "State

Case"), because a stay will serve judicial efficiency and economy by avoiding a

duplication of efforts between the two cases.  Specifically, the claims raised in the

Federal Case are identical to counterclaims raised in the State Case and a resolution of

those counterclaims will render action unnecessary in the Federal Case.  Additionally,

such claims require a determination of Massachusetts state law for final resolution.

Further, the State Case is substantially underway and is likely to be resolved prior to the

Federal Case.  In further support, the defendant submits its Memorandum of Reasons in

Support of Defendant's Motion to Stay Proceedings filed herewith.

WHEREFORE, Defendant prays this Honorable Court:

A.  Stay the proceedings in this case pending completion of the State

Case;

B.  Issue such other relief, as justice requires.

Respectfully submitted,

RBM TECHNOLOGIES, INC.

By its attorneys,

THE McLAUGHLIN BROTHERS, P.C.,

George A. McLaughlin, III
BBO #544822
The McLaughlin Brothers, P.C.,
One Beacon Street, 17th Floor
Boston, Massachusetts 02108
(617) 523-7165

Dated: November 4 , 2005

2

## CERTIFICATE OF SERVICE

I, George A. McLaughlin, III, hereby certify that a true copy of the above document was served upon the attorney for every other party by U.S. Mail, postage prepaid, upon David Fanikos, Demeo & Associates, P.C., 227 Lewis Wharf, Boston, Massachusetts 02110 and Charles W. Grimes, Grimes & Battersby, LLP, 488 Main Avenue, Norwalk, Connecticut 06851 on this day of November 2005.

_____
George A. McLaughlin, III

## CERTIFICATE OF ATTEMPT TO RESOLVE

I, George A. McLaughlin, III, hereby certify, pursuant to Local Rule 7.1 (A) (2) that counsel have conferred and attempted in good faith to resolve or narrow the issue presented in this motion.

_____
George A. McLaughlin, III

H:\RBM Technologies\PLEADINGS\Motion to Stay Federal Proceedings.doc