UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 10 P 1:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

ALBERT L. LASH, IV,

    Plaintiff,

v.

RBM TECHNOLOGIES, INC.,

    Defendant.

CIVIL ACTION NO. 04CV10063 GAO

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)**

We the undersigned hereby certify that the defendant, RBM Technologies, Inc., and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

RBM TECHNOLOGIES, INC.

By its attorneys,

THE McLAUGHLIN BROTHERS, P.C.,

By: _____
George A. McLaughlin, III
BBO #544822
The McLaughlin Brothers, P.C.,
One Beacon Street, 17th Floor
Boston, Massachusetts 02108
(617) 523-7165

By its Authorized Representative,

By: _____
Arthur R. Greene, Jr., President
RBM Technologies, Inc.,
25 Mount Auburn Street
Cambridge, MA  02138
(617) 576-3133

Dated: November 10, 2005