UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 10 P 1:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ALBERT L. LASH, IV, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-10063 GAO |
| RBM TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the Plaintiff, Albert L. Lash, IV, and his counsel certify they have conferred (i) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation and (ii) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
**ALBERT L. LASH, IV**

_____
By Albert L. Lash, IV

Its attorneys,

/s/ David W. Fanikos

David W. Fanikos, Esq., BBO# 564303
Demeo & Associates, P.C.
227 Lewis Wharf
Boston, Massachusetts 02110
(617) 263-2600

Charles W. Grimes, Esq.
Grimes & Battersby, LLP
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851

Dated: November 7, 2005