UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV,<br><br>        Plaintiff,<br><br>v.<br><br>RBM TECHNOLOGIES, INC.,<br><br>        Defendant. | Civil Action No. 04CV10063GAO<br><br>**ASSENTED-TO MOTION<br>FOR ADMISSION<br>PRO HAC VICE** |

The Plaintiff, Albert Lash ("Lash"), by his undersigned counsel and pursuant to Local Rule 83.5.3, hereby moves this Court to admit *pro hac vice* Charles W. Grimes and Jessica S. Rutherford, of Grimes & Battersby, LLP, 488 Main Avenue, Norwalk, Connecticut. In support of this motion, Lash states as follows:

1. The undersigned counsel, David W. Fanikos, is a member of the bar of this Court in good standing.

2. The undersigned counsel has entered his appearance in this matter on behalf of Lash.

3. In accordance with Local Rule 83.5.3, the certificates of each applicant for admission are attached hereto and incorporated herein by reference.

4. On February 17, 2006, pursuant to Local Rule 7.1(A)(2), counsel for Lash consulted with Defendant's counsel regarding this Motion. Defendant's counsel assented-to this Motion.

WHEREFORE, Lash respectfully requests the Court to allow this motion to admit *pro hac vice* Charles W. Grimes and Jessica S. Rutherford.

Respectfully Submitted,

ALBERT L. LASH, IV
By his Attorneys,

David Fanikos, Esq., BBO No. 564303
DEMEO & ASSOCIATES, P.C.
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

GRIMES & BATTERSBY, LLP
Charles W. Grimes, Esq.
Jessica S. Rutherford, Esq.
488 Main Avenue
Norwalk, CT 06851
(203) 849-8300

Assented to,

RBM TECHNOLOGIES, INC.
By its Attorneys,

Mark S. Resnick,
BBO #559885
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, Massachusetts 01776
(978) 440-7000

George A. McLaughlin, III
BBO #544822
Joel Faller
BBO #659474
The McLaughlin Brothers, P.C.
One Beacon Street, 17th Floor
Boston, Massachusetts 02108
(617) 523-7165

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/HAND ON 27 Feb 06

Dated: February 23, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV,<br><br>    Plaintiff,<br><br>v.<br><br>RBM TECHNOLOGIES, INC.,<br>    Defendant. | Civil Action No. 04CV10063GAO<br><br>**CERTIFICATE OF GOOD STANDING OF CHARLES W. GRIMES, ESQUIRE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Charles W. Grimes, Esquire, upon personal knowledge state as follows:

1. I submit this certificate in support of a request for admission *pro hac vice* in this matter.

2. I am a member of the law firm of Grimes & Battersby, LLP, 488 Main Street, Norwalk, Connecticut, 06851.

3. I am admitted to practice law in the states of Illinois - 1975, New York - 1978, and Connecticut - 1982. I am also admitted in the United States District Courts for the Northern District of Illinois in June 1975, the Southern District of New York in January 1979, the District of Connecticut in December 1980; the United States Courts of Appeal for the Eighth Circuit in January 1987, the District of Columbia in October 1980, the Eleventh Circuit in February 1985 and for the Federal Circuit in October 1982; the United States Court of Customs and Patent Appeals in June 1979; the United States Patent and Trademark Office in December 1975; and the United States Supreme Court in November 1990.

4. I am a member of the Bar in good standing in every district where I have been admitted to practice. There are no disciplinary proceedings pending against me as a

member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

Signed under the pains and penalties of perjury this 23rd day of February, 2006.

_____
Charles W. Grimes, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV,<br><br>    Plaintiff,<br><br>v.<br><br>RBM TECHNOLOGIES, INC.,<br><br>    Defendant. | Civil Action No. 04CV10063GAO<br><br>**CERTIFICATE OF GOOD STANDING OF JESSICA S. RUTHERFORD, ESQUIRE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Charles W. Grimes, Esquire, upon personal knowledge state as follows:

1. I submit this certificate in support of a request for admission *pro hac vice* in this matter.

2. I am a member of the law firm of Grimes & Battersby, LLP, 488 Main Street, Norwalk, Connecticut, 06851.

3. I am admitted to practice law in the state of Connecticut - 2005. My admission is pending in the state of New York.

4. I am a member of the Bar in good standing in every district where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

Signed under the pains and penalties of perjury this 24th day of February, 2006.

*/s/ Jessica Rutherford*
Jessica S. Rutherford, Esquire