UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



FILED
IN CLERK'S OFFICE
2006 MAR -1  P 1: 17
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ALBERT L. LASH, IV, )<br>　　　　Plaintiff, )<br>v. )<br>RBM TECHNOLOGIES, INC., )<br>　　　　Defendant. ) | Civil Action No. 04CV10063GAO<br><br>**CERTIFICATE OF GOOD STANDING OF JESSICA S. RUTHERFORD, ESQUIRE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Jessica S. Rutherford, Esquire, upon personal knowledge state as follows:

1. I submit this certificate in support of a request for admission *pro hac vice* in this matter.

2. I am a member of the law firm of Grimes & Battersby, LLP, 488 Main Street, Norwalk, Connecticut, 06851.

3. I am admitted to practice law in the state of Connecticut - 2005. My admission is pending in the state of New York.

4. I am a member of the Bar in good standing in every district where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of this Court.

Signed under the pains and penalties of perjury this 27th day of February, 2006.

　　　　　　　　　　　　　　　　　　*/s/ Jessica Rutherford*
　　　　　　　　　　　　　　　　　　Jessica S. Rutherford, Esquire