UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV, <br><br> Plaintiff, <br><br> v. <br><br> RBM TECHNOLOGIES, INC. <br><br> Defendant. | C.A. No. 04-10063-GAO |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for the defendant RBM Technologies, Inc. in the above-captioned matter.

                                                       Respectfully submitted,

                                                       RBM TECHNOLOGIES, INC.

                                                       By its attorney,

                                                       /s/ Kurt Bratten
                                                       Lee T. Gesmer (BBO #190260)
                                                       Joseph J. Laferrera (BBO #564572)
                                                       Kurt Bratten (BBO #644730)
                                                       Gesmer Updegrove LLP
                                                       40 Broad Street
                                                       Boston, Massachusetts 02109
                                                       kurt.bratten@gesmer.com
                                                       (617) 350-6800

Dated: March 22, 2006

438125.1