UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV, <br><br> Plaintiff, <br><br> v. <br><br> RBM TECHNOLOGIES, INC. <br><br> Defendant. | C.A. No. 04-10063-GAO |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for the defendant RBM Technologies, Inc. in the above-captioned matter.

                                              Respectfully submitted,

                                              RBM TECHNOLOGIES, INC.

                                              By its attorney,

                                              /s/ Lee Gesmer
                                              Lee T. Gesmer (BBO #190260)
                                              Joseph J. Laferrera (BBO #564572)
                                              Kurt Bratten (BBO #644730)
                                              Gesmer Updegrove LLP
                                              40 Broad Street
                                              Boston, Massachusetts 02109
                                              lee.gesmer@gesmer.com
                                              (617) 350-6800

Dated: March 22, 2006

438229.1