# Demeo & Associates, P.C.

227 Lewis Wharf
Boston, MA 02110

Telephone: 617-263-2600
Fax: 617-263-2300
Email: dfanikos@jdemeo.com

March 20, 2006

***Via Facsimile and Hand Delivery***
Honorable George A. O'Toole, Jr.
United States District Court
District of Massachusetts
One Court House Way
Boston, MA 02110

    Re:   *Albert L. Lash, IV v. RBM Technologies, Inc.*
           U.S. District Court, District of Massachusetts, CA No. 1:04-cv-10063-GAO
           Our File: ALL001USL1

Dear Judge O'Toole:

      We, along with our Connecticut co-counsel, Charles Grimes and Jessica Rutherford, represent the Plaintiff, Albert L. Lash, IV ("Lash"), in the above-referenced matter. Plaintiff hereby requests a telephone conference to discuss Defendant's Emergency Motion for Protective Order.

      Defendant objects to the purported "emergency" nature of Defendant's Motion as there is no "emergency" here, except for the one created by Defendant's own inaction. Defendant created its own emergency by not communicating its objections to Plaintiff in a timely manner. By its own admission, Defendant has been in possession of Plaintiff's discovery requests since March 1, 2006. Defendant has been aware of Plaintiff's intentions to serve subpoenas on Defendant's customers and prospective customers since March 1, 2006. Defendant failed to contact Plaintiff regarding either matter in a timely manner and now seeks to burden the Court, as well as Plaintiff, with an unnecessary Emergency Motion.

      Plaintiff served its First Set of Interrogatories, First Requests for Admission and First Requests for Production of Documents on March 1, 2006. Plaintiff sent courtesy copies of all three discovery requests to Defendant via facsimile on that date (See Plaintiff's letter to Defendant dated March 1, 2006, attached hereto). Plaintiff also notified Defendant via facsimile on March 1, 2006 that Plaintiff intended to serve subpoenas duces tecum on Defendant's customers and prospective customers for the week of March 20, 2006 (see above-referenced letter). Plaintiff offered to serve the subpoenas for the week of March 27, 2006, if the week of March 20, 2006 was inconvenient for Defendant. Defendant did not respond, so Plaintiff proceeded to issue the subpoenas for the week of March 20, 2006. Plaintiff notified Defendant of its intentions via facsimile on March 10, 2006 (See Plaintiff's letter to Defendant dated March 10, 2006, attached hereto). Courtesy copies of the

October 24, 2003
Honorable George A. O'Toole, Jr.
United States District Court, Massachusetts
Page 2

subpoenas and the accompanying letters regarding voluntary informal production were enclosed at that time.

Plaintiff was first notified at approximately 3:00 P.M. on Thursday, March 16, 2006 that the Defendant would be filing an Emergency Motion for Protective Order. The Motion and accompanying Memorandum of Reasons in Support of the Motion were filed later that day at 5:44 P.M. and 5:47 P.M., respectively, after waiting more than two weeks to respond to Plaintiff's letters.

The fifteen (15) subpoenas were served on or about March 15, 2006. Since that date, Plaintiff has been in contact with fourteen (14) of the subpoenaed parties. Three of those parties have objected to the subpoena. We understand all others intend to comply and are preparing to produce the requested documents.

Plaintiff respectfully requests a telephone conference to discuss Defendant's Emergency Motion for Protective Order. Alternatively, Plaintiff respectfully requests leave to file his written Opposition to Defendant's Motion by Wednesday, March 22, 2006.

Thank you for your consideration.

Respectfully submitted,

David W. Fanikos

Enclosures
cc:   Charles W. Grimes, Esq.
      George A. McLaughlin, Esq. (via facsimile (617) 227-5240)
      Mark S. Resnick, Esq. (via facsimile (508) 749-6031)