UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Albert L. Lash, IV )<br> )<br>      Plaintiff, )<br>v. )<br> )<br>RBM Technologies, Inc., )<br> )<br>      Defendant. )<br> ) | Civil Action No. 04CV10063GAO |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER

The Plaintiff, Albert L. Lash, IV ("Lash"), by its undersigned counsel, hereby opposes Defendant's Emergency Motion for Protective Order that documents sought in subpoenas duces tecum on third parties not be produced.

Defendant claims Plaintiff may not initiate discovery because Plaintiff has not provided Defendant with its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and LR 26.2(A). Plaintiff served Defendant with the Initial Disclosures on March 20, 2006. Therefore, Defendant's objection is moot.

Defendant further claims that the subpoenas are intended to harass and embarrass RBM and that they call for disclosure of RBM's trade secrets and confidential commercial information, which will give Lash a competitive advantage against RBM. Plaintiff has no such nefarious intentions and is willing to take steps to ensure that no purported trade secrets are exposed. Furthermore, Plaintiff had given Defendant sufficient advanced notice of its intention to serve the subpoenas, but Defendant chose not to respond. Moreover, the overwhelming majority of the

subpoenaed parties do not find the required document production either burdensome or objectionable.

Finally, Defendant claims that the discovery sought in this case is unlikely to be necessary as the issues it addresses will likely be resolved in the separate pending case of <u>RBM Technologies, Inc. v. Albert L. Lash, IV and Savonix Corporation</u>; Massachusetts Middlesex County Superior Court Civil Action No. 05-0047 (the "State Case"). The State Case is irrelevant to discovery in the separate and independent federal action properly pending in this Court.

In further support of its Opposition, Plaintiff submits the accompanying Memorandum in Support of Plaintiff's Opposition to Defendant's Emergency Motion for Protective Order.

        Respectfully Submitted,
        ALBERT L. LASH, IV
        By his Attorneys,

        /s/ Jessica S. Rutherford
        GRIMES & BATTERSBY, LLP
        Charles W. Grimes, Esq.
        Jessica S. Rutherford, Esq.
        488 Main Avenue
        Norwalk, Connecticut 06851-1008
        Telephone: (203) 849-8300
        Facsimile: (203) 849-9300

        David Fanikos, Esq. BBO No. 564303
        Demeo & Associates, PC
        227 Lewis Wharf
        Boston, MA 02110
        Telephone: (617) 263-2600
        Facsimile: (617) 263-2300

Dated: March 30, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Opposition to Defendant's Emergency Motion for Protective Order will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jessica S. Rutherford
Jessica S. Rutherford