UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV<br><br>    Plaintiff,<br><br>v.<br><br>RBM TECHNOLOGIES, INC.<br><br>    Defendant. | C.A. No. 04-10063-GAO |

**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiff Albert Lash ("Lash") and defendant RBM Technologies, Inc. ("RBM") (collectively, "the Parties") hereby jointly submit this motion requesting the modification of the Scheduling Order ("Scheduling Order") entered on November 10, 2005.

As grounds for this motion, the Parties assert and that they will need the additional time in order to complete discovery, which will include each Party's thorough review and comparison of various software applications. Further, RBM's new counsel (Gesmer Updegrove LLP) entered their appearance on March 22, 2006 without the benefit of any familiarity with this action and will need time to become familiar with and address the complex legal and factual matters raised in this case.

Thus, the Parties request that the Court modify the Scheduling Order as follows:

- RBM's Initial Disclosures are due on or before **April 15, 2006**;

- RBM's response to Interrogatory #9 of Lash's First Set of Interrogatories and production in response to Production Request #17 (re: software) of Lash's First Request for Production are due on or before **April 15, 2006**;

438135.3

- RBM's other discovery responses and production in response to Lash's First Set of Interrogatories and Lash's First Request for Production are due on or before **May 15, 2006**;

- Lash shall be given sixty (60) days to respond to discovery propounded by RBM;

- All non-expert discovery depositions will be conducted from **June 1, 2006 through August 1, 2006**;

- Lash's modified expert report (if any) is due on or before **June 15, 2006**;

- All non-expert discovery closes on **August 1, 2006**;

- RBM's expert report is due on or before **August 15, 2006**;

- All expert depositions are to be conducted from **August 15, 2006 through September 15, 2006**; and

- All Summary Judgment Motions are due by **October 15, 2006**.

For the reasons set forth above, the Parties request that this joint motion be allowed and the Scheduling Order be modified as provided herein.

438135.3

| ALBERT L. LASH | RBM TECHNOLOGIES, INC. |
|---|---|
| By his attorneys, | By its attorneys, |

/s/ Charles W. Grimes_____
Charles W. Grimes, Esq. (*pro hac vice*)
Jessica S. Rutherford, Esq. (*pro hac vice*)
Grimes & Battersby, LLP
488 Norwalk, Connecticut 06851-1008
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

David Fanikos, Esq. (BBO No. 564303)
Demeo & Associates, PC
227 Lewis Wharf
Boston, Massachusetts 02110
Telephone: (617) 263-2600
Facsimile: (617) 263-2300

/s/ Kurt Bratten_____
Lee T. Gesmer (BBO No. 190260)
Kurt Bratten (BBO No. 644730)
Gesmer Updegrove LLP
40 Broad Street
Boston, Massachusetts 02109
Kurt.Bratten@gesmer.com
Telephone: (617) 350-6800
Facsimile: (617) 350-6878

George A. McLaughlin, III, Esq.
 (BBO No. 544822)
The McLaughlin Brothers, P.C.
One Beacon Street, 17th Floor
Boston, Massachusetts 02109
Telephone: (617) 523-7165

Date: April 4, 2006

438135.3