UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT L. LASH, IV,

    Plaintiff,

v.

RBM TECHNOLOGIES, INC.,

    Defendant.

Civil Action No. 04CV10063GAO

### NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Court and to All Parties:

Please take notice that Michael Patrick, formerly of Grimes & Battersby LLP, hereby notifies all parties of his withdrawal of appearance in the above-captioned case. Please note that Grimes & Battersby LLP and Demeo & Associates, PC are continuing as counsel for the Plaintiff and all notices should be forwarded to Grimes & Battersby LLP, in care of Charles Grimes, Esquire and Jessica S. Rutherford, Esquire, and to Demeo &

Associates, PC, in care of Christopher M. Waterman, Esquire and David W. Fanikos, Esquire.

                                                 Michael R. Patrick, Esq.
                                                 Pepe & Hazard LLP
                                                 30 Jelliff Lane
                                                 Southport, CT 06890
                                                 (203) 319-4043

Dated: February 27, 2006