*EXHIBIT B*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT L. LASH, IV<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RBM TECHNOLOGIES, INC.<br><br>　　　　　Defendant. | C.A. No. 04-10063-GAO |

**STIPULATION OF DISMISSAL**

Albert L. Lash, IV and RBM Technologies, Inc. by their below-signed attorneys, stipulate and agree, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action be dismissed with prejudice and without costs, each party to bear its own costs, disbursements and attorney's fees.

ALBERT L. LASH

By his attorneys,

*/s/ Charles Grimes*

Charles W. Grimes, Esq. (*pro hac vice*)
Jessica S. Rutherford, Esq. (*pro hac vice*)
Grimes & Battersby, LLP
488 Norwalk, Connecticut 06851-1008
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

RBM TECHNOLOGIES, INC.

By its attorneys,

*/s/ Lee Gesmer*

Lee T. Gesmer (BBO No. 190260)
Kurt Bratten (BBO No. 644730)
Gesmer Updegrove LLP
40 Broad Street
Boston, Massachusetts 02109
Kurt.Bratten@gesmer.com
Telephone: (617) 350-6800
Facsimile: (617) 350-6878

George A. McLaughlin, III, Esq.
 (BBO No. 544822)
The McLaughlin Brothers, P.C.
One Beacon Street, 17th Floor
Boston, Massachusetts 02109
Telephone: (617) 523-7165