UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERT L. LASH, IV,  )
  )
          Plaintiff,  )        Civil Action No. 04CV10063GAO
  )
     v.  )
  )
RBM TECHNOLOGIES, INC.,  )
  )
          Defendant.  )
  )

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of the Court and to all parties:

Please take notice that Christopher M. Waterman and Demeo & Associates, P.C.,

hereby notify all parties of their withdrawal of appearance on behalf of Albert L. Lash, IV

in the above-referenced matter.  Plaintiff Lash will continue to be represented by David

W. Fanikos, Esq. and his new firm, Coady & Associates, 200 Portland Street, Boston,

MA.

Respectfully submitted,

Joseph L. Demeo, BBO# 561254
Christopher M. Waterman, BBO# 641190
Demeo & Associates, P.C.
One Lewis Wharf
Boston, Massachusetts 02110
(617) 263-2600

Dated:  May 8, 2006