# Demeo & Associates, P.C.

One Lewis Wharf
Boston, MA 02110

Telephone: 617-263-2600
Fax: 617-263-2300
Email: cwaterman@jdemeo.com

July 10, 2006

*Via First Class Mail*
Clerk of Court
United States District Court
One Court House Way
Boston, MA 02110

Re:   *Albert L. Lash, IV v. RBM Technologies, Inc.*

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter, please find *Notice of Withdrawal of Counsel*. Thank you for your attention to this matter.

Very truly yours,

Christopher M. Waterman

Enclosures
cc:   Mr. Albert Lash, IV
      Joseph L. Demeo, Esq.
      David W. Fanikos, Esq.